UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ANTOINETTE MICHELE SHEFFIELD
    FKA ANTOINETTE MICHELE HINES     CASE NO. 16-50716-TJT
    CHAPTER 7
    HONORABLE THOMAS J. TUCKER

    DEBTOR.
_____/
ANTONIA SKATIKAT (P58608)
Attorney for Debtor
3335 S. Telegraph Road
Dearborn, MI 48124
(313) 274-1234
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**WITHDRAWAL OF MOTION OF PRESTIGE FINANCIAL SERVICES FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ORDER FOR INSURANCE PROCEEDS TO BE HELD IN TRUST**

    Prestige Financial Services ("Creditor") withdraws its Motion for Relief from the Automatic Stay and for Order for Insurance Proceeds to be Held in Trust filed on September 1, 2020, for the 2013 Dodge Journey bearing Vehicle Identification Number 3C4PDCDG8DT588962.

                                         O'REILLY RANCILIO P.C.

                                         */s/ Craig S. Schoenherr, Sr.*
                                         _____
                                         CRAIG S. SCHOENHERR, SR. (P32245)
                                         Attorney for Creditor
                                         12900 Hall Road, Suite 350
                                         Sterling Heights, MI 48313-1151
                                         (586) 726-1000
                                         ecf@orlaw.com

DATED: October 1, 2020